## LOUIS CAMPAU *versus* WILLIAM KEITH

JOURNAL ENTRIES (1823–27): *Journal 3:* (1) Rule for bail or procedendo *p. 395; (2) rule suspended two days *p. 406; (3) rule suspended two days further *p. 410; (4) rule suspended two days further *p. 419; (5) rule rescinded *p. 421; (6) bail waived, appearance, motion for continuance *p. 461; (7) attendance of witness proved *p. 512. *Journal 4:* (8) Demurrer sustained MS p. 42; (9) issue ordered sent to circuit court for trial MS p. 50; (10) rule sending case to circuit court enlarged MS p. 140.

PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return; (3) declaration; (4) plea and demurrer; (5) precipe for subpoena; (6) subpoena; (7) precipe for subpoena; (8) subpoena; (9) precipe for subpoena; (10) subpoena; (11) copy of declaration; (12) copy of plea and demurrer.

*1822–23 Calendar,* MS p. 103.

## JOHN B. COOK AND SARAH COOK *versus* DAVID C. McKINSTRY

JOURNAL ENTRIES (1823–25): *Journal 3:* (1) Rule for bail or procedendo *p. 395. *Journal 4:* (2) Motion for nonsuit MS p. 22; (3) discontinued MS p. 28.

PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return; (3) recognizance and bail piece; (4) declaration; (5) notice of demand for copy of bond; (6) demurrer.

*1822–23 Calendar,* MS p. 106.